# Exhibit 3

| US10705694B2 | Livestorm ("Accused Product") |
|---|---|
| 1. A computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation of a predetermined duration, to user computers associated with a plurality of users, the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of: | The accused product discloses a computer-implemented method for interactive delivery, by a processor (e.g., processor of the computer device) of a pre stored electronic presentation (e.g., uploaded media files) of a predetermined duration, to user computers (e.g., computer devices) associated with a plurality of users (e.g., participants), the user computers each including an information display, the user computers coupled to the processor by a computer network.<br><br>As shown below, the accused product discloses that the uploaded video files (e.g., pre stored electronic presentation) can be seen by the participants (e.g., plurality of users) synchronously on their respective devices. |

| | |
|---|---|
| | <br>https://livestorm.co/webinar-software |

| | |
|---|---|
| | **Compatible Mobile/Tablet Devices**<br>Livestorm is optimized to work on mobile/tablet devices including iPhone, iPad and Android devices.<br>⚠ As an admin or contributor, to join the stage via mobile or tablet, make sure to use iOS >12.2 with Safari, iOS > 14.3 with Chrome & Firefox, or Android.<br>https://support.livestorm.co/article/19-technical-requirements-livestorm |




https://livestorm.co/industries/healthcare

<table>
<tr>
<td></td>
<td>



Engagement features

It's easy to build impactful presentations. Simply upload your media files, explanatory videos, or slides and present what you want. Or, share your screen to show your audience clear examples.

Built-in poll, chat, and question tabs empower patients and doctors to participate during online presentations.

https://livestorm.co/industries/healthcare

Collaboration tools

Collaborate easily from the Livestorm dashboard. Share Google Docs, PowerPoint and PDFs with your team during events. Quickly upload your own slides and add media to your presentations.

pre stored electronic presentation

Use Livestorm's poll, chat, and question tabs to spark discussion and work together. Teammates can vote on popular questions, making it easier to prioritize key points.




https://livestorm.co/industries/healthcare/wellness
</td>
</tr>
<tr>
<td>receiving a playback</td>
<td>The accused product discloses receiving a playback request, at the processor (e.g.,</td>
</tr>
</table>

| | |
|---|---|
| request, at the processor, from a first user computer, to play the electronic presentation at the information display of the first user computer; | processor of the computer device), from a first user computer (e.g., first user computer or host initiating sharing of uploaded files), to play the electronic presentation (e.g., uploaded media files) at the information display of the first user computer (e.g., first user computer or host initiating sharing of uploaded files).<br><br>As shown below, the accused product discloses a source such as media files, slides or videos that can be selected and loaded in a room by the host.<br><br><br>https://livestorm.co/industries/healthcare |

**Collaboration tools**

Collaborate easily from the Livestorm dashboard. Share Google Docs, PowerPoint and PDFs with your team during events. Quickly upload your own slides and add media to your presentations.

Use Livestorm's poll, chat, and question tabs to spark discussion and work together. Teammates can vote on popular questions, making it easier to prioritize key points.




https://livestorm.co/industries/healthcare/wellness

## Share a Presentation With a Video

To share your presentation with a video:

1. Use one of the above methods to **share your presentation**.
2. When you want to play your video, go to your event room, click on Share , and then Share a video .

playback request

https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video

| | |
|---|---|
| | <br>3 Upload your video and click on Choose this media .<br>https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video |

We strongly recommend uploading your video before you start the event. The upload and processing time can take a little while depending on the size of the video.




https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video

| | |
|---|---|
| at a selected point in time during the predetermined duration of the playback of the electronic presentation, receiving a collaboration request, at the processor, from the first user computer, to enter a collaboration mode with a second user computer, the second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation as displayed on the information display of | The accused product discloses at a selected point in time during the predetermined duration of the playback of the electronic presentation (e.g., uploaded media files), receiving a collaboration request (e.g., invite link), at the processor, from the first user computer (e.g., first user computer or host initiating sharing of uploaded files), to enter a collaboration mode (e.g., presentation/collaboration mode) with a second user computer (e.g., computer devices of participants), the second user computer (e.g., computer devices of participants) displaying content other than information associated with the selected point in time of the playback of the electronic presentation (e.g., uploaded media files) and the collaboration mode (e.g., presentation/collaboration mode) comprising synchronously displaying (e.g., synchronous playback) information associated with the selected point in time of the playback (e.g., simultaneous playback) of the electronic presentation (e.g., uploaded media files) as displayed on the information display of the first user computer (e.g., first user computer or host initiating sharing of uploaded files) on an information display of the second user computer (e.g., computer devices of participants).<br><br>As shown below, the accused product discloses that after accepting the shared invite link (e.g., collaboration request) participants (e.g., second users) can watch the uploaded media files (e.g., playback of the electronic presentation) synchronously in real-time wherein each frame is seen by everyone at the same time. Also, the information display of the second user computer must be displaying a content that is different from the information being displayed at the first user computer before the execution of presentation/collaboration mode by the first user. |

| | |
|---|---|
| the first user computer on an information display of the second user computer; and | Livestorm Product Solutions Pricing Enterprise Resources Log in Get a live demo<br><br>**How to use webinar software?**<br><br>Use your webinar software to invite participants to your webinar: set up a registration page and send promotional emails. On the day of the webinar, start the event and then use your webinar software's integrated features to engage with participants. After the webinar, automatically send the recording.<br><br>https://livestorm.co/webinar-software<br><br><br><br><br>**Engagement features**<br><br>It's easy to build impactful presentations. Simply upload your media files, explanatory videos, or slides and present what you want. Or, share your screen to show your audience clear examples.<br><br>Built-in poll, chat, and question tabs empower patients and doctors to participate during online presentations.<br><br>https://livestorm.co/industries/healthcare |

**Collaboration tools**

Collaborate easily from the Livestorm dashboard. Share Google Docs, PowerPoint and PDFs with your team during events. Quickly upload your own slides and add media to your presentations.

Use Livestorm's poll, chat, and question tabs to spark discussion and work together. Teammates can vote on popular questions, making it easier to prioritize key points.



https://livestorm.co/industries/healthcare/wellness

## Share a Presentation With a Video

To share your presentation with a video:

1. Use one of the above methods to **share your presentation**.
2. When you want to play your video, go to your event room, click on Share , and then Share a video .

https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video




https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video

We strongly recommend uploading your video before you start the event. The upload and processing time can take a little while depending on the size of the video.




https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video

| | |
|---|---|
| | <br>https://livestorm.co/industries/healthcare/biotechnology |
| in response to an end collaboration request, at the processor, from the first user computer to end the collaboration with the second user computer, terminating the collaboration mode, said terminating | The accused product discloses that in response to an end collaboration request (e.g., end event/remove the media), at the processor (e.g., processor of the computer device), from the first user computer (e.g., first user computer or host initiating sharing of uploaded files) to end the collaboration with the second user computer (e.g., computer devices of participants), terminating the collaboration mode, said terminating including terminating the synchronously displaying (e.g., synchronous playback) of the electronic presentation (e.g., uploaded media files).<br><br>As shown below, the accused product discloses that after clicking on 'end event' or |

| | |
|---|---|
| including terminating the synchronously displaying of the electronic presentation. | 'remove media file' button (e.g., end synchronous playback) the host (e.g., first user) can end the event or remove the media file being displayed synchronously for all participants (e.g., computer devices of participants).<br><br>https://livestorm.co/industries/healthcare/wellness |

| | |
|---|---|
| | 5 When your video is over, **remove it** from the room by clicking on the X at the top right corner.<br><br><br>https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video |