# Exhibit 4

| US12572265B2 | Livestorm ("Accused Product") |
| --- | --- |
| **11**. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of: | The accused product discloses a computer-implemented method for synchronous delivery (e.g., synchronous playback) of a media file (e.g., uploaded media files) to multiple user computers (e.g. plurality of user computers).<br><br>As shown below, the accused product discloses that the media file (e.g. uploaded media file) can be delivered synchronously to multiple user computers (e.g. plurality of user computers) that are participating in a presentation/collaboration room.<br><br><br>https://livestorm.co/webinar-software |

| | |
|---|---|
| | **Compatible Mobile/Tablet Devices**<br><br>Livestorm is optimized to work on mobile/tablet devices including iPhone, iPad and Android devices.<br><br>⚠ As an admin or contributor, to join the stage via mobile or tablet, make sure to use iOS >12.2 with Safari, iOS > 14.3 with Chrome & Firefox, or Android.<br><br>https://support.livestorm.co/article/19-technical-requirements-livestorm |




https://livestorm.co/industries/healthcare

| | |
|---|---|
| | <br>https://livestorm.co/industries/healthcare<br><br>https://livestorm.co/industries/healthcare/wellness |
| displaying content | The accused product discloses displaying content other than the media file on an |

| | |
|---|---|
| other than the media file on a first information display of a first user computer; | information display of a first user computer (e.g., first user computer or host initiating sharing of uploaded files).<br><br>As shown below, the accused product discloses that the first user computer displays different content which is other than the media file which is to be shown in synchronous session before entering in the presentation/collaboration mode.<br><br><br><br>https://livestorm.co/webinar-software |

| | |
|---|---|
| | <br>https://livestorm.co/industries/healthcare/biotechnology |
| receiving, at the first user computer and from a second user computer, a request to join a synchronous session including the second user computer, wherein the second user computer is | The accused product discloses receiving, at the first user computer (e.g., first user computer or host initiating sharing of uploaded files) and from a second user computer (e.g., computer devices of second users), a request to join (e.g., registration request) a synchronous session including the second user computer, wherein the second user computer (e.g., computer devices of second users), is separate from the first user computer.<br><br>As shown below, the accused product discloses that the second user (e.g. a participant) can join a synchronous session (e.g. shared displaying of an uploaded media file) via |

| | |
|---|---|
| separate from the first user computer; | participation (e.g., registration request) in a presentation/collaboration room from the second user's computer (e.g., computer devices of second users), which is separate from the first user's computer.<br><br>**Advanced Reporting**<br>Track progress at a glance in your dashboard, or export data and share it with your team. See who attends, how long they stay, and find the results of your polls and chats, all in one place.<br>Discover information about registrants like if they have seen the replay, how many questions they asked, and more.<br>https://livestorm.co/industries/healthcare/biotechnology |

<table>
<tr>
<td></td>
<td>


https://livestorm.co/industries/healthcare
</td>
</tr>
<tr>
<td>receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session;</td>
<td>The accused product discloses receiving, at a user interface of the first user computer (e.g., first user computer or host initiating sharing of uploaded files), an indication of acceptance (e.g., registered participant information) of the request to join the synchronous session.<br><br>As shown below, the accused product discloses that after the first user receives a registered participant information on its first user computer and allowing joining the session indicates that it accepted the request of the second user (e.g., registered</td>
</tr>
</table>

| | |
|---|---|
| | participant) to be admitted into the event so as to join the synchronous session of the shared displaying of an uploaded media file.<br><br>The Email Invitation Status ( Learn More )<br><br>• **Delivered:** Email is delivered to a recipient.<br>• **Opened:** Email is opened by a recipient.<br>indication of acceptance<br>• **Clicked:** The recipient clicks the button to register for your event.<br>• **Deferred:** The recipient mail server asked SendGrid (our mailing service) to stop sending emails so fast.<br>• **Bounced:** When an email is attempted to be delivered, but the recipient mail server rejects it.<br>• **Unsubscribed:** The recipient is unsubscribed from your emails<br><br>https://support.livestorm.co/article/70-invite-people-to-your-event#send-email-invitations |

<table>
<tr>
<td></td>
<td>

https://livestorm.co/industries/healthcare/biotechnology</td>
</tr>
<tr>
<td>in response to receiving the indication of acceptance, entering, by the first user computer, the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file at the first information display and</td>
<td>The accused product discloses that in response to receiving the indication of acceptance, entering, by the first user computer, the synchronous session (e.g., presentation/collaboration mode), the synchronous session (e.g., presentation/collaboration mode) comprising synchronously displaying (e.g., synchronous playback) at least a portion of the media file (e.g., uploaded media files) at the first information display (e.g., display of the first user computer) and a second information display of the second user computer (e.g., display of the computer devices of participants).<br><br>As shown below, the accused product discloses that after accepting the shared invite link (e.g., collaboration request) participants (e.g., second users) can watch the uploaded media files (e.g., playback of the media files) synchronously in real-time wherein each frame is seen by everyone at the same time.</td>
</tr>
</table>

| | |
|---|---|
| a second information display of the second user computer; | Livestorm Product Solutions Pricing Enterprise Resources Log in Get a live demo<br>**How to use webinar software?**<br>Use your webinar software to invite participants to your webinar: set up a registration page and send promotional emails. On the day of the webinar, start the event and then use your webinar software's integrated features to engage with participants. After the webinar, automatically send the recording.<br>https://livestorm.co/webinar-software<br>**The Email Invitation Status ( Learn More )**<br>• **Delivered:** Email is delivered to a recipient.<br>• **Opened:** Email is opened by a recipient.<br>indication of acceptance<br>• **Clicked:** The recipient clicks the button to register for your event.<br>• **Deferred:** The recipient mail server asked SendGrid (our mailing service) to stop sending emails so fast.<br>• **Bounced:** When an email is attempted to be delivered, but the recipient mail server rejects it.<br>• **Unsubscribed:** The recipient is unsubscribed from your emails<br>https://support.livestorm.co/article/70-invite-people-to-your-event#send-email-invitations |




## Engagement features

It's easy to build impactful presentations. Simply upload your media files, explanatory videos, or slides and present what you want. Or, share your screen to show your audience clear examples.

Built-in poll, chat, and question tabs empower patients and doctors to participate during online presentations.

https://livestorm.co/industries/healthcare

## Collaboration tools

Collaborate easily from the Livestorm dashboard. Share Google Docs, PowerPoint and PDFs with your team during events. Quickly upload your own slides and add media to your presentations.

Use Livestorm's poll, chat, and question tabs to spark discussion and work together. Teammates can vote on popular questions, making it easier to prioritize key points.




https://livestorm.co/industries/healthcare/wellness

| | |
|---|---|
| | **Share a Presentation With a Video**<br><br>To share your presentation with a video:<br><br>1 Use one of the above methods to **share your presentation**.<br><br>2 When you want to play your video, go to your event room, click on Share, and then Share a video.<br><br>https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video |

<table>
<tr>
<td></td>
<td>



3 Upload your video and click on Choose this media.

https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video
</td>
</tr>
</table>

| | |
|---|---|
| | We strongly recommend uploading your video before you start the event. The upload and processing time can take a little while depending on the size of the video.   https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video |

| | |
|---|---|
| | <br>https://livestorm.co/industries/healthcare/biotechnology |
| and terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first user computer and the second user computer. | The accused product discloses terminating (e.g., end event/remove the media) the synchronous session by at least terminating (e.g., end event/remove the media) the synchronously displaying of the at least a portion of the media file at the first user computer (e.g., first user computer or host initiating sharing of uploaded files) and the second user computer (e.g., computer devices of participants).<br><br>As shown below, the accused product discloses that after clicking on 'end event' button or 'remove media file' (e.g., end synchronous playback) the host (e.g., first user) can end the event or remove the media file being displayed synchronously for all participants |

| | |
|---|---|
| | (e.g., computer devices of participants).   https://livestorm.co/industries/healthcare/wellness |

| | |
|---|---|
| | 5 When your video is over, **remove it** from the room by clicking on the X at the top right corner.<br><br><br>https://support.livestorm.co/article/43-share-a-presentation-on-livestorm#share-a-presentation-with-a-video |